IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | McCullor Sr, Jerome | Case Number: 07 B 17240 |
|---|---|---|
| | McCullor, Peggy R | Judge: Wedoff, Eugene R |
| | Printed: 10/29/08 | Filed: 9/21/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 18, 2008
Confirmed: November 15, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 40,850.00 | |
| Secured: | | 38,511.49 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 2,338.51 |
| Other Funds: | | 0.00 |
| Totals: | 40,850.00 | 40,850.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ledford & Wu | Administrative | 0.00 | 0.00 |
| 2. | LaSalle Bank NA | Secured | 0.00 | 0.00 |
| 3. | Integra Bank | Secured | 23,499.43 | 4,922.68 |
| 4. | Wells Fargo Financial Illinois Inc | Secured | 27,157.55 | 5,688.97 |
| 5. | Integra Bank | Secured | 19,774.11 | 4,142.32 |
| 6. | Americredit Financial Ser Inc | Secured | 9,336.73 | 3,933.16 |
| 7. | Integra Bank | Secured | 33,613.12 | 7,041.30 |
| 8. | Integra Bank | Secured | 18,855.86 | 3,949.96 |
| 9. | LaSalle Bank NA | Secured | 12,580.24 | 5,149.26 |
| 10. | Integra Bank | Secured | 8,000.00 | 3,274.52 |
| 11. | Integra Bank | Secured | 1,000.00 | 409.32 |
| 12. | Internal Revenue Service | Priority | 3,397.32 | 0.00 |
| 13. | Integra Bank | Unsecured | 2,467.08 | 0.00 |
| 14. | Wells Fargo Financial Illinois Inc | Unsecured | 811.42 | 0.00 |
| 15. | OSI Collection Svc Inc | Unsecured | 1,672.67 | 0.00 |
| 16. | US Bank | Unsecured | 590.07 | 0.00 |
| 17. | Commonwealth Edison | Unsecured | 2,225.12 | 0.00 |
| 18. | US Bank | Unsecured | 479.39 | 0.00 |
| 19. | Beta Finance Co | Unsecured | 1,653.96 | 0.00 |
| 20. | Integra Bank | Unsecured | 2,622.18 | 0.00 |
| 21. | Integra Bank | Unsecured | 4,639.88 | 0.00 |
| 22. | Harrah's | Unsecured | 2,142.13 | 0.00 |
| 23. | Sprint Nextel | Unsecured | 756.40 | 0.00 |
| 24. | Parball Corp | Unsecured | 2,677.68 | 0.00 |
| 25. | ECast Settlement Corp | Unsecured | 466.28 | 0.00 |
| 26. | Fence Masters | Unsecured | 1,231.72 | 0.00 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | McCullor Sr, Jerome | Case Number: 07 B 17240 |
|---|---|---|
| | McCullor, Peggy R | Judge: Wedoff, Eugene R |
| | Printed: 10/29/08 | Filed: 9/21/07 |

### DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Internal Revenue Service | Unsecured | 21,491.26 | 0.00 |
| 28. | Desert Palace | Unsecured | 1,285.26 | 0.00 |
| 29. | Integra Bank | Unsecured | 706.10 | 0.00 |
| 30. | ECast Settlement Corp | Unsecured | 589.09 | 0.00 |
| 31. | Cook County Treasurer | Secured | | No Claim Filed |
| 32. | Alpat Co Inc | Unsecured | | No Claim Filed |
| 33. | Monterey Financial Services | Unsecured | | No Claim Filed |
| 34. | ADT Security Systems | Unsecured | | No Claim Filed |
| 35. | AT&T | Unsecured | | No Claim Filed |
| 36. | Comcast | Unsecured | | No Claim Filed |
| 37. | Caesar's Palace | Unsecured | | No Claim Filed |
| 38. | Audit Systems | Unsecured | | No Claim Filed |
| 39. | Comcast | Unsecured | | No Claim Filed |
| 40. | Sam's Club | Unsecured | | No Claim Filed |
| 41. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 42. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 43. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 44. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 45. | Dealer Services Inc | Unsecured | | No Claim Filed |
| 46. | Nicor Gas | Unsecured | | No Claim Filed |
| 47. | Heritage Olympia Bank | Unsecured | | No Claim Filed |
| 48. | Mutual Hospital Services | Unsecured | | No Claim Filed |
| 49. | Nicor Gas | Unsecured | | No Claim Filed |
| 50. | Mutual Hospital Services | Unsecured | | No Claim Filed |
| 51. | Nicor Gas | Unsecured | | No Claim Filed |
| 52. | Nicor Gas | Unsecured | | No Claim Filed |
| 53. | Provida Life Sciences | Unsecured | | No Claim Filed |
| 54. | Sprint | Unsecured | | No Claim Filed |
| 55. | TCF Bank | Unsecured | | No Claim Filed |
| 56. | Sprint | Unsecured | | No Claim Filed |
| 57. | St James Hospital | Unsecured | | No Claim Filed |
| 58. | ADT Security Systems | Unsecured | | No Claim Filed |
| 59. | Alpat Co Inc | Unsecured | | No Claim Filed |
| 60. | Wfnnb/Lane Bryant | Unsecured | | No Claim Filed |
| | | | $ 205,722.05 | $ 38,511.49 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 1,555.25 |
| 6.5% | 783.26 |
| | $ 2,338.51 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** McCullor Sr, Jerome<br>McCullor, Peggy R<br>Printed: 10/29/08 | Case Number: 07 B 17240<br>Judge: Wedoff, Eugene R<br>Filed: 9/21/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

